STATE BANK OF COMMERCE OF BROCKPORT, NEW YORK, by JOSEPH A. BRODERICK, as Superintendent of Banks, Appellant, *v.* HOWARD G. STONE, as Treasurer of the Farm Department of the Monroe County Farm and Home Bureau Association, Respondent.

(Submitted May 22, 1933; decided May 31, 1933.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 261 N. Y. 175.)

DAVID H. LEVINE et al., Copartners under the Firm Name of DAVID H. LEVINE BEDDING COMPANY, Respondents, *v.* ATLAS ASSURANCE COMPANY, LTD., OF LONDON, ENGLAND, et al., Appellants.

(Submitted May 22, 1933; decided May 31, 1933.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 261 N. Y. 711.)

In the Matter of the Probate of the Will of CAROLINE STERN, Deceased.

S. SIDNEY STERN, Appellant; NEW YORK TRUST COMPANY et al., Respondents.

(Submitted May 22, 1933; decided May 31, 1933.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 261 N. Y. 617.)

GENARO LAFREDO, Respondent, *v.* BUSH TERMINAL COMPANY, Appellant.

(Submitted May 22, 1933; decided May 31, 1933.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 261 N. Y. 323.)